The People of the State of New York, Respondent,
against
Bara Kane, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered November 24, 2014, after a nonjury trial, convicting him of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered November 24, 2014, reversed, on the law and the facts, and the accusatory instrument is dismissed.
The verdict convicting defendant of unlicensed general vending was not based on legally sufficient evidence and was, in any event, against the weight of the evidence. There was no evidence indicating that defendant displayed or offered for sale any item, spoke to any passerbys, or personally exchanged any item for currency (see People v Lawson, 51 Misc 3d 134[A], 2016 NY Slip Op 50538[U] [App Term, 1st Dept 2016]). The single, circuitous transaction observed - whereby defendant handed a gold watch to a (second) man, who walked east and exchanged the watch for money with another (third) man, and then the second man returned and gave the money to defendant - was, at best, ambiguous as to whether defendant was engaging in the conduct required for acting as a general vendor (see People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]).
We have considered and rejected defendant's jurisdictional point.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 27, 2017